# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-10881
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

January 27, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CEDRIC CORNELL JACKSON,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-524-1

———————————————————

Before KING, HAYNES, and HO, *Circuit Judges.*

PER CURIAM:[*]

Cedric Cornell Jackson appeals his 18 U.S.C. § 922(g)(1) conviction, asserting that the statute of his conviction is facially unconstitutional under the Second Amendment pursuant to *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). The Government has filed an unopposed motion

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10881

for summary affirmance, or alternatively, for an extension of time in which to file a brief.

The Government is correct that Jackson's facial constitutional challenge is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). Therefore, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). The motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED as moot, and the judgment of the district court is AFFIRMED.